UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
JUN 08 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

JOEL ROSEN, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

TEXTRON INC., LEWIS B. CAMPBELL, JOHN A. JANITZ and THEODORE R. FRENCH,

Defendants.

C.A. 02-190S

**DEFENDANTS' APPENDIX OF EXHIBITS**

ADLER POLLOCK & SHEEHAN P.C.
John A. Tarantino (#2586)
Paul V. Curcio (#1956)
Kristen W. Sherman (#5595)
One Citizens Plaza, 8th Floor
Providence, Rhode Island 02903-1345
(401) 274-7200

GIBSON, DUNN & CRUTCHER LLP
Mitchell A. Karlan (Pro Hac Vice)
Aric H. Wu (Pro Hac Vice)
Anthony J. Mahajan (Pro Hac Vice)
200 Park Avenue
New York, New York 10166
(212) 351-4000

Attorneys for Defendants

June 8, 2005

**INDEX**

| | | |
|---|---|---|
| 1 | Excerpts from the Department of Defense Office of the Inspector General's *Report on the Investigation Concerning the Falsification of MV-22 Osprey Maintenance and Readiness Records* | 12/11/01 |

# REPORT ON THE INVESTIGATION CONCERNING THE FALSIFICATION OF MV-22 OSPREY MAINTENANCE AND READINESS RECORDS

OFFICE OF THE INSPECTOR GENERAL
DEPARTMENT OF DEFENSE

December 11, 2001

# Appendix C

## UNIFORM CODE OF MILITARY JUSTICE ACTIONS

The Commandant of the Marine Corps provided the DCIS report of investigation to the UCMJ convening authority, LtGen Raymond P. Ayres, Jr., Commanding General, Marine Forces, Atlantic, Norfolk, VA. After due consideration, LtGen Ayres decided to offer each of the eight officers identified in the DCIS investigative report individual nonjudicial punishment (NJP) hearings as prescribed by Article 15 of the UCMJ. The officers had the option to accept the NJP hearings or request trial by court-martial. All eight accepted the NJP hearings.

During September 2001, NJP hearings were convened. The results of those hearings are as follows:

LtCol Leberman

Charges: UCMJ, Article 92(1), Navy Regulation 1137 -- failure to obey a lawful general order or regulation
UCMJ, Article 133 – conduct unbecoming an officer
UCMJ, Article 107 – false official statements
Finding: to have committed the offenses, Article 92(1) and Article 133
Punishment: Letter of Reprimand

Col Schleining

Charges: UCMJ, Article 92(1), Navy Regulation 1137 – failure to obey a lawful general order or regulation
UCMJ, Article 92(3) – dereliction of duty
Finding: to have committed the offense, Article 92(3)
Punishment: Letter of Reprimand

Capt Ramsey

Charges: UCMJ, Article 92(1), Navy Regulation 1137 -- failure to obey a lawful general order or regulation
UCMJ, Article 133 -- conduct unbecoming an officer
UCMJ, Article 107 – false official statements
Finding: to have committed the offense, Article 92(1)
Punishment: Verbal Admonishment

LtCol Babb

Charges: UCMJ, Article 92(1), Navy Regulation 1137 -- failure to obey a lawful general order or regulation (two specifications)
Finding: did not commit the offenses charged

LtCol Eck

Charges: UCMJ, Article 92(1), Navy Regulation 1137 – failure to obey a lawful general order or regulation
Finding: did not commit the offense charged

Col Newman

Charges: UCMJ, Article 92(1), Navy Regulation 1137 – failure to obey a lawful general order or regulation
UCMJ Article 92(3) – dereliction of duty
Finding: did not commit the offenses charged

MajGen Krupp

Charges: UCMJ Article 92(3) – dereliction of duty (two specifications)
Finding: did not commit the offenses charged

CWO2 Smith

Charges: UCMJ Article 92(3) -- dereliction of duty
UCMJ, Article 107 -- false official statements
Finding: did not commit the offenses charged