UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JOEL ROSEN, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

TEXTRON INC., LEWIS B. CAMPBELL, JOHN A. JANITZ, THEODORE R. FRENCH, and TERRY D. STINSON,

Defendants.

C.A. 02-190S

DISTRICT OF RHODE ISLAND

**DEFENDANTS' MOTION FOR STAY PENDING APPEAL OF MAY 4 ORDER**

In connection with defendants' appeal of Magistrate Judge Almond's Memorandum and Order, dated May 4, 2005 (the "May 4 Order"), defendants hereby move this Court for an order staying the May 4 Order pending resolution of their appeal. Defendants are filing this motion contemporaneously with their notice of appeal of the May 4 Order. The bases for defendants' objection to the May 4 Order are set forth in their notice of appeal.

Production of the documents required by the May 4 Order prior to resolution of defendants' appeal would substantially prejudice defendants because, *inter alia*, it would result in the disclosure of information unrelated to plaintiffs' remaining claim on the V-22 program in violation of Rule 26(b)(1) of the Federal Rules of Civil Procedure, including disclosure of information relating to the H-1 program, on which plaintiffs' claim previously has been dismissed, contrary to the express intent of Congress in adopting the Private Securities Litigation Reform Act. Plaintiffs repeatedly have declined to represent that they will not use information

about Textron or Bell Helicopter programs or products other than the V-22 to try to resurrect dismissed claims or add new claims.

Accordingly, defendants respectfully request that the May 4 Order by stayed pending resolution of their appeal. *See, e.g., Sygenta Crop Protection, Inc. v. EPA*, 222 F.R.D. 271, 276 (M.D.N.C. 2004) ("The Magistrate Judge ordered EPA to produce certain documents that are in dispute . . . . This Court granted a motion filed by EPA to Stay the Magistrate Judge's Order pending review of the objections"); *Lischka v. Tidewater Servs., Inc.,* 1997 WL 278066, at *5 n.8 (E.D. La. 1997) (noting that appealing party "received a stay of the magistrate's ruling pending the results of this appeal"); *Jochims v. Isuzu Motors, Ltd.,* 1993 WL 379546, at *1 (S.D. Iowa 1993) (staying magistrate judge orders "pending decisions by this court on defendant Isuzu's appeal from those orders").

Dated: Providence, Rhode Island
May 18, 2005

Respectfully submitted,

ADLER POLLOCK & SHEEHAN P.C.

By: [signature]

John A. Tarantino (#2586)
Paul V. Curcio (#1965)
Kristen W. Sherman (#5595)
One Citizens Plaza, 8th Floor
Providence, Rhode Island 02903-1345
Tel: (401) 274-7200 Fax: (401) 351-4607

GIBSON, DUNN & CRUTCHER LLP
Mitchell A. Karlan (Pro Hac Vice)
Aric H. Wu (Pro Hac Vice)
Anthony J. Mahajan (Pro Hac Vice)
200 Park Avenue New York, New York 10166 Tel: (212) 351-4000 Fax: (212) 351-4035

Attorneys for Defendants

DENIED
[signature]
William E. Smith
U.S. District Judge
6/14/05