**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| JOEL ROSEN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TEXTRON INC., LEWIS B. CAMPBELL, JOHN A JANITZ and THEODORE R. FRENCH,<br><br>Defendants. | Civil Action No. 02-190S |

# PLAINTIFFS' OBJECTION TO DEFENDANTS' APPEAL OF THE MAY 10 ORDER OF THE MAGISTRATE AND TO DEFENDANTS' MOTION FOR A STAY PENDING RESOLUTION OF THE MAY 10 APPEAL

**LAW OFFICES OF WILLIAM M. KOLB, LLC**
William M. Kolb, Esq. #3664
1 Ship Street
Providence, RI 02903
(401) 490-8297
(401) 490-8299 (fax)

***Plaintiffs' Liaison Counsel***

**FUTTERMAN & HOWARD, CHTD.**
Michael I. Behn, Esq. *(pro hac vice)*
Ronald L. Futterman, Esq.
122 S. Michigan Ave., Suite 1850
Chicago, IL 60603
(312) 427-3600

**MILBERG WEISS BERSHAD & SCHULMAN LLP**
David J. Bershad, Esq.
Kirk A. Chapman, Esq.
One Pennsylvania Plaza, 49th Floor
New York, NY 10119-0165
(212) 594-5300

***Plaintiffs' Counsel***

**KIRBY MCINERNEY & SQUIRE, LLP**
Ira M. Press, Esq. *(pro hac vice)*
Mark A. Strauss, Esq.
830 Third Ave., 10th Floor
New York, NY 10022
(212) 371-6600

***Plaintiffs' Co-Lead Counsel***

Dated: June 20, 2005

Now come class representatives International Brotherhood of Teamsters Local 710 Pension Fund, Local 710 Health and Welfare Fund, Local 710 Employees' Pension Fund and William Swartchild III, and hereby respectfully object to (i) defendants' appeal of the May 10 Order of United States Magistrate Lincoln D. Magistrate granting, in part, plaintiffs' motion to compel production of documents and (ii) defendants' motion for a stay pending appeal of the May 10 Order. The grounds for the objection are contained in the memorandum of law which is attached hereto and incorporated by reference herein.

Dated: June 20, 2005

Respectfully submitted,

Law Offices of William M. Kolb, LLC

By: ____________________
William Kolb, Esq. #3664
1 Ship Street
Providence, Rhode Island 02903
(401) 490-8297
(401) 490-8299 (fax)

***Plaintiff's' Local Counsel***

Ira M. Press, Esq.
Mark A. Strauss, Esq.
KIRBY MCINERNEY & SQUIRE, LLP
830 Third Avenue, 10th Floor
New York, New York 10022
(212) 371-6600

Michael I. Behn, Esq.
FUTTERMAN & HOWARD, CHTD.
122 South Michigan Avenue, Suite 1850
Chicago, Illinois 60603
(312) 427-3600

***Plaintiffs' Co-Lead Counsel***

David J. Bershad, Esq.
Kirk A. Chapman, Esq.
MILBERG WEISS BERSHAD
& SCHULMAN LLP
One Pennsylvania Plaza
New York, New York 10119-0165
(212) 594-5300

***Plaintiffs' Counsel***

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of June, 2005, a true and accurate copy of PLAINTIFFS' OBJECTION TO DEFENDANTS' APPEAL OF THE MAY 10 ORDER OF THE MAGISTRATE AND TO DEFENDANTS' MOTION FOR A STAY PENDING RESOLUTION OF THE MAY 10 APPEAL were served by first class mail, postage prepaid, upon the following:

John A. Tarantino, Esq.
Paul V. Curcio, Esq.
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903

Mitchell A. Karlan, Esq.
Aric H. Wu, Esq.
Anthony J. Jahajan, Esq.
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166

____________________________