SCANNED

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JOEL ROSEN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TEXTRON, INC., LEWIS B. CAMPBELL, JOHN A. JANITZ, THEODORE R. FRENCH, and TERRY D. STINSON,<br><br>Defendants. | Civil Action No. 02-190S |
| LESLIE TURBOWITZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TEXTRON, INC., LEWIS B. CAMPBELL, JOHN A. JANITZ, THEODORE R. FRENCH, and TERRY D. STINSON,<br><br>Defendants. | Civil Action No. 02-264S |

FILED AUG 03 2005 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

## MOTION TO EXCEED APPENDIX PAGE LIMITATIONS

Now come Plaintiffs in the above matter and, pursuant to Local Rule 12(a) and Amended General Order #2002-01, and, in connection with the filing of Plaintiffs' Appeal of July 20, 2005 Orders and Memorandum in Support (the "Motion and Memorandum"), hereby move this Honorable Court for an order permitting Plaintiffs to file an appendix of exhibits (the "Appendix") in support of the Motion and Memorandum in excess of five pages, as required by the local rules.

The Motion and Memorandum is within the page limits set by local rules. The Appendix, however, consists of a total of ninety-eight pages, included within which are seven exhibits. Of those, four out of the seven exhibits, and ninety out of the ninety-eight pages, consist of materials (three Orders issued by the Magistrate Judge and the transcript of an oral argument on Plaintiffs' Motion to Compel) included solely for the purpose of saving the court the time involved in retrieving these materials from its own files. A four-page proposed draft Protective Order is provided for the Court's convenience. The remaining materials (a letter and a subpoena with rider), when taken alone, satisfy the local rule of five pages. These are provided to document the Motion and Memorandum. Accordingly, since the materials documenting the Motion and Memorandum do not exceed the five page limit set forth under the local rules, plaintiffs respectfully request that their Motion to Exceed Appendix Page Limitation be granted.

Alternatively, plaintiffs request that the Motion and Memorandum be accepted for filing without the Appendix.

ENTER WAAM
WILLIAM E. SMITH
U.S. DISTRICT JUDGE
DATE 8|4|05

Respectfully submitted,

By: William M. Kolb

William M. Kolb, Esq.
Law Offices of William M. Kolb, LLC
1 Ship Street
Providence, RI 02903
Tel: (401) 490-8297
Fax: (401) 490-8299

Dated: August 3, 2005