UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JOEL ROSEN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TEXTRON, INC., LEWIS B. CAMPBELL, JOHN A. JANITZ, THEODORE R. FRENCH, and TERRY D. STINSON,<br><br>Defendants. | Civil Action No. 02-190S |
| LESLIE TURBOWITZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TEXTRON, INC., LEWIS B. CAMPBELL, JOHN A. JANITZ, THEODORE R. FRENCH, and TERRY D. STINSON,<br><br>Defendants. | Civil Action No. 02-264S |

## MOTION TO EXCEED APPENDIX PAGE LIMITATIONS

Now come Plaintiffs in the above matter and, pursuant to Local Rule 12(a) and Amended General Order #2002-01, and, in connection with the filing of Plaintiffs' Motion and Memorandum In Support of Amending the Discovery Schedule (the "Motion and Memorandum"), hereby move this Honorable Court for an order permitting Plaintiffs to file an appendix of exhibits (the "Appendix") in support of the Motion and Memorandum in excess of five pages, as required by the local rules.

The Motion and Memorandum is within the page limits set by local rules. The Appendix, however, consists of a total of forty-six pages, included within which are ten exhibits. Of those, four out of the ten exhibits, and twenty-three out of the forty-six pages, consist of materials (Orders issued by the Magistrate Judge) included solely for the purpose of saving the court the time involved in retrieving these materials from its own files. The remaining materials (discovery-related correspondence, subpoenas, etc.) are provided to document the Motion and Memorandum. Plaintiffs respectfully request that their Motion to Exceed Appendix Page Limitation be granted.

Alternatively, plaintiffs request that the Motion and Memorandum be accepted for filing without the Appendix.

Respectfully submitted,

By: William M. Kolb

William M. Kolb, Esq.
Law Offices of William M. Kolb, LLC
One Ship Street
Providence, RI 02903
Tel: (401) 490-8298
Fax: (401) 490-8299

Dated: August 9, 2005

GRANTED

WmS

William E. Smith
U.S. District Judge
8/11/05