UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JOEL ROSEN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TEXTRON INC., LEWIS B. CAMPBELL, JOHN A. JANITZ, and THEODORE R. FRENCH,<br><br>Defendants. | : | C.A. 02-190S |

**DEFENDANTS' MOTION TO EXCEED PAGE LIMITATION**

On or before August 17, 2005, defendants will file their opposition papers to plaintiffs' appeal of Magistrate Judge Almond's Orders dated July 20, 2005. In order to properly address the bases for their opposition to plaintiffs' appeal with sufficient detail and clarity, defendants hereby move this Court, pursuant to Amended General Order #2002-01, for an order permitting them to file an appendix with approximately fifty pages of exhibits.

WHEREFORE, defendants request the relief sought.

Dated: Providence, Rhode Island
August 12, 2005

Respectfully submitted,

ADLER POLLOCK & SHEEHAN P.C.

By: ______________________

John A. Tarantino (#2586)
Paul V. Curcio (#1965)
Kristen W. Sherman (#5595)

One Citizens Plaza, 8th Floor
Providence, Rhode Island 02903-1345
Tel: (401) 274-7200
Fax: (401) 351-4607

GIBSON, DUNN & CRUTCHER LLP
Mitchell A. Karlan (*pro hac vice*)
Aric H. Wu (*pro hac vice*)
Anthony J. Mahajan (*pro hac vice*)
200 Park Avenue
New York, New York 10166
Tel: (212) 351-4000
Fax: (212) 351-4035

Attorneys for Defendant Textron Inc

**CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of August 2005, I caused a true copy of the within to be served by first-class mail, postage prepaid, to:

*Counsel for Lead Plaintiffs*:

William M. Kolb, Esq.
Law Offices of William M. Kolb, LLC
One Ship Street
Providence, RI 02903

Michael Behn, Esq.
Futterman & Howard, Chtd.
122 South Michigan Ave., Suite 1850
Chicago, IL 60603

Ira M. Press, Esq.
Kirby, McInerney & Squire, LLP
830 Third Avenue, 10th Floor
New York, NY 10022

*Co-Counsel for Defendants*:

Mitchell A. Karlan, Esq.
Aric H. Wu, Esq.
Anthony J. Mahajan, Esq.
Gibson, Dunn & Crutcher LLP
200 Park Avenue, 47th Floor
New York, NY 10166

April M Fontaine