UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JOEL ROSEN, individually and on behalf of all others similarly situated, Plaintiffs, | C.A. 02-190S |
| v. | |
| TEXTRON INC., LEWIS B. CAMPBELL, JOHN A. JANITZ, and THEODORE R. FRENCH, Defendants. | |

**DEFENDANTS' MOTION TO EXCEED PAGE LIMITATION**

On or before August 17, 2005, defendants will file their opposition papers to plaintiffs' appeal of Magistrate Judge Almond's Orders dated July 20, 2005. In order to properly address the bases for their opposition to plaintiffs' appeal with sufficient detail and clarity, defendants hereby move this Court, pursuant to Amended General Order #2002-01, for an order permitting them to file an appendix with approximately fifty pages of exhibits.

WHEREFORE, defendants request the relief sought.

Dated: Providence, Rhode Island
August 12, 2005

Respectfully submitted,

ADLER POLLOCK & SHEEHAN P.C.

By: [signature]
John A. Tarantino (#2586)
Paul V. Curcio (#1965)
Kristen W. Sherman (#5595)

One Citizens Plaza, 8th Floor
Providence, Rhode Island 02903-1345
Tel: (401) 274-7200
Fax: (401) 351-4607

GRANTED
[signature]
William E. Smith
U.S. District Judge
8/15/05