SCANNED

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JOEL ROSEN, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

TEXTRON INC., LEWIS B. CAMPBELL, JOHN A. JANITZ, and THEODORE R. FRENCH,

Defendants.

C.A. 02-190S

**DEFENDANTS' MOTION TO EXCEED APPENDIX PAGE LIMITATION**

Pursuant to Amended General Order #2002-01, and in connection with the filing of defendants' motion to direct plaintiffs to comply with the Court's May 10, 2005 Order and accompanying memorandum of law in support thereof, defendants hereby move this Court for an order permitting them to file an appendix with approximately forty-eight pages of exhibits. The May 10 Order is eleven pages and included in defendants' appendix solely for the purpose of saving the Court time involved in retrieving the order. The remaining exhibits consist of discovery-related materials to document the motion.

WHEREFORE, defendants respectfully request that their motion to exceed be granted. Alternatively, defendants request that their motion and memorandum to direct plaintiffs to comply with the Court's May 10 Order be accepted for filing without the appendix.

Dated: August 15, 2005

Respectfully submitted,

ADLER POLLOCK & SHEEHAN P.C.

By: [signature]

John A. Tarantino (#2586)
Paul V. Curcio (#1965)

One Citizens Plaza, 8th Floor
Providence, Rhode Island 02903-1345
Tel: (401) 274-7200
Fax: (401) 351-4607

GIBSON, DUNN & CRUTCHER LLP
Mitchell A. Karlan (Pro Hac Vice)
Aric H. Wu (Pro Hac Vice)
Anthony J. Mahajan (Pro Hac Vice)
200 Park Avenue
New York, New York 10166
Tel: (212) 351-4000
Fax: (212) 351-4035

Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of August 2005, I caused a true copy of the within to be served by first-class mail, postage prepaid, to:

*Counsel for Lead Plaintiffs*:

William M. Kolb, Esq.
Law Offices of William M. Kolb, LLC
One Ship Street
Providence, RI 02903

Michael Behn, Esq.
Futterman & Howard, Chtd.
122 South Michigan Ave., Suite 1850
Chicago, IL 60603

Ira M. Press, Esq.
Kirby, McInerney & Squire, LLP
830 Third Avenue, 10th Floor
New York, NY 10022

*Co-Counsel for Defendants*:

Mitchell A. Karlan, Esq.
Aric H. Wu, Esq.
Anthony J. Mahajan, Esq.
Gibson, Dunn & Crutcher LLP
200 Park Avenue, 47th Floor
New York, NY 10166