UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JOEL ROSEN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TEXTRON INC., LEWIS B. CAMPBELL, JOHN A. JANITZ, and THEODORE R. FRENCH,<br><br>Defendants. | : | C.A. 02-190S |

U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

**DEFENDANTS' MOTION TO EXCEED APPENDIX PAGE LIMITATION**

Pursuant to Amended General Order #2002-01, and in connection with the filing of defendants' motion to direct plaintiffs to comply with the Court's May 10, 2005 Order and accompanying memorandum of law in support thereof, defendants hereby move this Court for an order permitting them to file an appendix with approximately forty-eight pages of exhibits. The May 10 Order is eleven pages and included in defendants' appendix solely for the purpose of saving the Court time involved in retrieving the order. The remaining exhibits consist of discovery-related materials to document the motion.

WHEREFORE, defendants respectfully request that their motion to exceed be granted. Alternatively, defendants request that their motion and memorandum to direct plaintiffs to comply with the Court's May 10 Order be accepted for filing without the appendix.

Dated: August 15, 2005

Respectfully submitted,

ADLER POLLOCK & SHEEHAN P.C.

By: [signature]
John A. Tarantino (#2586)
Paul V. Curcio (#1965)

One Citizens Plaza, 8th Floor
Providence, Rhode Island 02903-1345
Tel: (401) 274-7200
Fax: (401) 351-4607

Granted
WESM, USDJ
8/17/05