FILED

AUG 1 8 2005

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JOEL ROSEN, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

TEXTRON INC., LEWIS B. CAMPBELL, JOHN A. JANITZ, and THEODORE R. FRENCH,

Defendants.

C.A. 02-190S

**DEFENDANTS' MOTION TO EXCEED APPENDIX PAGE LIMITATION**

On or before August 23, 2005, defendants will file their opposition papers to plaintiffs' Motion to Amend Discovery Schedule by Another Six Months. In order to properly address the bases for their opposition to plaintiffs' motion with sufficient detail and clarity, defendants hereby move this Court, pursuant to Amended General Order #2002-01, for an order permitting them to file an appendix with a current estimate of approximately 75 pages of exhibits.

WHEREFORE, defendants request the relief sought.

Dated: August 18, 2005

Respectfully submitted,

ADLER POLLOCK & SHEEHAN P.C.

By: Paul V. Curcio
John A. Tarantino (#2586)
Paul V. Curcio (#1965)

One Citizens Plaza, 8th Floor
Providence, Rhode Island 02903-1345
Tel: (401) 274-7200
Fax: (401) 351-4607

GRANTED
WESm
William E. Smith
U.S. District Judge
8/19/05

SCANNED