***UNITED STATES DISTRICT COURT***
***District of Rhode Island***

# ***NOTICE***

***JOEL ROSEN***

***v.*** ***CA02-190S***

***TEXTRON INC., et al.***

***PLEASE TAKE NOTICE THAT THE PROCEEDING LISTED BELOW HAS BEEN SCHEDULED IN THE ABOVE ENTITLED CASE BEFORE U.S. DISTRICT COURT MAGISTRATE JUDGE LINCOLN D. ALMOND***

***TYPE OF PROCEEDING:***

Defendants' Motion to Direct Plaintiffs to Comply with the Court's May 10, 2005 Order
Plaintiffs' Motion to Compel Production of Documents Identified in Amended Document Request No. 16

***PLACE:*** ***U.S. District Court***
***Courtroom A - Room 224***
***John O. Pastore Federal Building***
***Two Exchange Terrace***
***Providence, RI 02903***

***DATE:*** ***SEPTEMBER 15, 2005***

***TIME:*** ***10:00 A.M.***

***David A. DiMarzio, Clerk of Court***

Jeannine Theall

Jeannine Theall
Deputy Clerk
Date: August 31, 2005

**NOTICE SENT TO:** **BEHN, BESHAR, KOLB, KUSINITZ, MAHAJAN, PRESS, SHERMAN, TARANTINO, WHITE, WU**

N.B. COUNSEL ARE DIRECTED TO NOTIFY THE CLERK'S OFFICE AT 752-7217 IF THE NAME OF COUNSEL FOR ANY PARTY IS OMITTED FROM THIS NOTICE.