UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JOEL ROSEN, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

TEXTRON, INC., LEWIS B. CAMPBELL, JOHN A. JANITZ, THEODORE R. FRENCH, and TERRY D. STINSON,

Defendants.

Civil Action No. 02-190S

FILED
AUG 17 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

## PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS IDENTIFIED IN AMENDED DOCUMENT REQUEST NO. 16

9/12/05: WITHDRAWN PER STIPULATION OF THE PARTIES DATED 9/9/05.


William M. Kolb, Esq. #3664
LAW OFFICES OF WILLIAM M. KOLB, LLC
1 Ship Street
Providence, RI 02903
(401) 490-8297

Ira M. Press, Esq.
Mark A. Strauss, Esq.
KIRBY McINERNEY & SQUIRE, LLP
830 Third Ave., 10th Floor
New York, NY 10022
(212) 371-6600

Michael I. Behn, Esq.
Ronald L. Futterman, Esq.
FUTTERMAN & HOWARD, CHARTERED
122 South Michigan Ave., Suite 1850
Chicago, IL 60603
(312) 427-3600

Kirk Chapman, Esq.
MILBERG WEISS BERSHAD HYNES & LERACH LLP
One Pennsylvania Plaza, 49th Floor
New York, NY 10119-0165
(212) 594-5300

Attorneys for Plaintiffs


Referred to U.S.M.J. Almond
☐ for findings & recommendation
☑ for determination
☐ ____
William E. Smith, U.S. District Judge
Date 8/31/05