UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JOEL ROSEN, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

TEXTRON INC., LEWIS B. CAMPBELL, JOHN A. JANITZ and THEODORE R. FRENCH,

Defendants.

C.A. 02-190S

FILED
AUG 15 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

9/12/05: WITHDRAWN PER STIPULATION OF THE PARTIES DATED 9/9/05.
USMJ

## DEFENDANTS' MOTION TO DIRECT PLAINTIFFS TO COMPLY WITH THE COURT'S MAY 10, 2005 ORDER

For the reasons set forth in the accompanying memorandum of law, defendants hereby move the Court for an order directing plaintiffs to comply with the Court's Memorandum and Order, dated May 10, 2005 (*i.e.*, directing plaintiffs to serve a second amended document request no. 16 that (a) "targets and more particularly identifies the specific documents sought and/or the specific documents not sought" and (b) does not purport to require production of documents that this Court already has ruled plaintiffs are not entitled to seek). Pursuant to Appendix B-1, § II, ¶ 4 of the Local Civil Rules for the District of Rhode Island and Rule 6(e) of the Federal Rules of Civil Procedure, any objection by plaintiffs to this motion is due on or before August 29, 2005.

Dated: Providence, Rhode Island
August 15, 2005

Respectfully submitted,

ADLER POLLOCK & SHEEHAN P.C.

By: [signature]
John A. Tarantino (#2586)
Paul V. Curcio (#1965)

One Citizens Plaza, 8th Floor
Providence, Rhode Island 02903-1345
Tel: (401) 274-7200
Fax: (401) 351-4607

Referred to U.S.M.J. Almond
☐ for findings & recommendation
☑ for determination
☐
William E. Smith, U.S. District Judge
Date 8/31/05