UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
DEC 21 2005
Property U.S. District Court
District of Rhode Island

JOEL ROSEN, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

TEXTRON, INC., LEWIS B. CAMPBELL, JOHN A. JANITZ, THEODORE R. FRENCH, and TERRY D. STINSON

Defendants.

Civil Action No. 02-190S

Judge William E. Smith

Class Action

JURY TRIAL DEMANDED

LESLIE TURBOWITZ, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

TEXTRON, INC., LEWIS B. CAMPBELL, JOHN A. JANITZ, THEODORE R. FRENCH and TERRY D. STINSON

Defendants.

Civil Action No. 02-264S

**STIPULATION TO APPOINT ADDITIONAL CO-LEAD COUNSEL AND NEW LOCAL ASSOCIATE COUNSEL**

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein, through their undersigned counsel, that:

1. On September 27, 2002, the Court consolidated these actions for all purposes (collectively the "Action") and granted the motion of Teamsters Local 710 Pension Fund, Local 710 Health and Welfare Fund, Local 710 Employees' Pension Fund (the "Local 710 Funds") to be appointed lead plaintiff under Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "Exchange Act") and approved lead plaintiff's selection of Futterman & Howard, Chartered, and Kirby McInerney & Squire, LLP as Plaintiffs' Co-Lead Counsel and Kaplan & Kolb Inc. as Local

Associate Counsel. On May 11, 2005, the Court certified Plaintiffs' claims for class treatment pursuant to Rule 23 of the Federal Rules of Civil Procedure, appointed the Local 710 Funds as a class representative, and approved the appointment of Co-Lead Counsel and Local Associate Counsel as counsel for the class.

2. Michael I. Behn, who has regularly appeared in this action on behalf of the lead plaintiff, has changed law firms from Futterman & Howard to Behn & Wyetzner, Chartered. Mr. Behn is admitted *pro hac vice* to the bar of this Court. In addition, William M. Kolb, #3664, who has appeared regularly in this action on behalf of Local Associate Counsel, has changed law firms from Kaplan & Kolb Inc. to the Law Offices of William M. Kolb, LLC. Lead plaintiff Local 710 Funds requests that Behn & Wyetzner be appointed as an additional Co-Lead Counsel and that the Law Offices of William M. Kolb, LLC be appointed as new Local Associate Counsel. Co-Lead and Class Counsel support this appointment, and represent that it will augment representation of the class and the prompt resolution of this matter.

3. Defendants have no objection to the proposed appointment.

4. The Court shall appoint Behn & Wyetzner, Chartered as additional Co-Lead Counsel for the class and the Law Offices of William M. Kolb, LLC as new Local Associate Counsel for the class.

Law Offices of William M. Kolb, LLC

By: William M. Kolb
William M. Kolb, Esq., #3664
One Ship Street
Providence, RI 02903
(401) 490-8297

Adler Pollock & Sheehan P.C.

By: Paul V. Curcio
Paul V. Curcio, Esq., # 1956
One Citizens Plaza, 8th Floor
Providence, RI 02903
(401) 274-7200

ENTER WEM
WILLIAM E. SMITH
U.S. DISTRICT JUDGE
DATE 12/21/05